# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORIDALMA V. PRUDENTE,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:21-cv-00322-NONE-SAB<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br><br>(ECF No. 6) |

On March 4, 2021, Floridalma V. Prudente ("Plaintiff") filed the complaint in this action seeking judicial review of the final decision of Defendant Commissioner of Social Security ("Defendant") denying her application for benefits under the Social Security Act.  (ECF No. 1.) Plaintiff also filed an application to proceed *in forma pauperis* without prepayment of the filing fee on the same day.  (ECF No. 2.)  On March 26, 2021, a findings and recommendations issued finding that Plaintiff had not demonstrated entitlement to proceed without prepayment of fees and recommending denying the application to proceed *in forma pauperis*.  On April 8, 2021, Plaintiff paid the filing fee in this action.  Since Plaintiff has now paid the filing fee, the findings and recommendations shall be vacated as moot.

   On April 14, 2020, General Order Number 615 issued staying all Social Security actions filed after February 1, 2020 until the Commissioner may begin normal operations at the Office of

1

Appellate Hearings Operations and may resume preparation of a certified copy of the administrative record.  The Court shall order that the complaint in this action be served and the matter will be stayed once service has been effected on the defendant.  Plaintiff is hereby directed to paragraph 1 of the scheduling order to be issued in this action, which directs that the summons and complaint shall be served **within 20 days of the filing of the complaint.**  Plaintiff shall promptly file proof of service with the Court upon completion of service.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 26, 2021 is VACATED as moot; and

2. The Clerk of the Court is DIRECTED to issue the summons and new case documents in this action.

IT IS SO ORDERED.

Dated: **April 8, 2021**

UNITED STATES MAGISTRATE JUDGE